People v Gore

2026 NY Slip Op 01988

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Johnathan D. Gore, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2024-03601, (Ind. No. 73729/23)

Colleen D. Duffy, J.P.

Cheryl E. Chambers

Deborah A. Dowling

Carl J. Landicino

Phillip Hom, JJ.

Patricia Pazner, New York, NY (Victoria Broderick of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Morgan J. Dennehy of counsel; Robert Ho on the memorandum), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Donald Leo, J.), imposed March 29, 2024, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).

DUFFY, J.P., CHAMBERS, DOWLING, LANDICINO and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court